IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MEANS,<br><br>   Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>   Defendant.<br>_____/ | CASE NO. CV F 05-1156 REC LJO<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

   The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  All documents shall bear the new case number **CV F 05-1156 LJO**.

IT IS SO ORDERED.

**Dated:  February 24, 2006**                       **/s/ Robert E. Coyle**
668554                                              UNITED STATES DISTRICT JUDGE

1