,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MEANS, | CASE NO. CV F 05-1156 LJO |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE BRIEFS |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Jerry Means ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its September 20, 2005 Scheduling Order to require plaintiff to serve on the U.S. Attorney a letter brief within 30 days after service of the Administrative Record on plaintiff. The U.S. Attorney represents defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), and served the Administrative Record on February 21, 2006. This Court issued its September 22, 2005 Informational Order Regarding Plaintiff's Papers to further explain to plaintiff the need to serve a letter brief on the U.S. Attorney and that plaintiff's letter brief was due within 30 days after service of the Administrative Record. The Information Order advised plaintiff that "**failure to serve on the U.S. Attorney for the Eastern District a letter brief within 30 days after service of the Administrative Record will result in dismissal of this action.**" (Bold in original.)

1   In addition, the Scheduling Order requires plaintiff to file with the Court and serve on the U.S.
2   Attorney an opening brief within 30 days of the letter brief of the U.S. Attorney. The Informational
3   Order further explains to plaintiff that plaintiff's opening brief is due within 30 days after the U.S.
4   Attorney's letter brief.  The Informational Order advised plaintiff that "**failure to file an opening brief**
5   **within 30 days after service of the Commissioner's letter brief will result in dismissal of this**
6   **action**." (Bold in original.)

7   Based on the February 21, 2006 service of the Administrative Record to initiate the letter brief
8   exchange, this Court calculates that deadlines have passed to serve plaintiff's letter brief and to file and
9   serve plaintiff's opening brief.  Plaintiff has not served the U.S. Attorney with a letter brief and has
10  neither filed with the Court nor served on the U.S. Attorney an opening brief in compliance with this
11  Court's orders.

12  Accordingly, this Court ORDERS plaintiff, no later than June 12, 2006, to show cause in writing
13  why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file
14  briefs and to comply with this Court's orders.

15  **Plaintiff is admonished that failure to timely comply with this order will result in dismissal**
16  **of this action.**

17  IT IS SO ORDERED.

18  **Dated:   May 30, 2006**                /s/ Lawrence J. O'Neill
    66h44d                                   UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28