IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MEANS, | CASE NO. CV F 05-1156 LJO |
| Plaintiff, | **FURTHER INFORMATIONAL ORDER ON BRIEFING** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. / | |

Plaintiff Jerry Means ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its May 30, 2006 order to require plaintiff to show cause in writing why sanctions should not be imposed for failure to serve the U.S. Attorney for the Eastern District of California with a confidential letter brief. On June 8, 2006, plaintiff filed his letter to explain why he failed to comply with this Court's briefing orders. The U.S. Attorney's office has informed this Court that on June 8, 2006, plaintiff served a confidential letter brief. As such, plaintiff has satisfied the May 30, 2006 order to show cause. This Court ORDERS defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), no later than July 14, 2006, to serve a response to plaintiff's confidential letter brief.

If the Commissioner does not agree with plaintiff's position or to remand the case for further

Social Security Administration ("SSA") action, plaintiff will be required to file his opening brief. The opening brief is due **within 30 days after the Commissioner's letter brief**.

Plaintiff must file his original opening brief and a copy of it with the Court. He may do so by hand-delivering or mailing the original opening brief and copy of it to:

>Office of the Clerk
>U.S. District Court
>Eastern District of California
>2500 Tulare Street, Suite #1501
>Fresno, CA 93721.

In addition, plaintiff must serve a copy of his opening brief on the U.S. Attorney for the Eastern District of California. He may do so by hand-delivering or mailing a copy of the original opening brief to:

>U.S. Attorney for the Eastern District of California
>U.S. Attorney's Office, Civil Process Clerk
>2500 Tulare Street, Suite # 4401
>Fresno, CA 93721.

Plaintiff's opening brief must contain the following parts:

a. A plain description of plaintiff's alleged physical or emotional impairment, when plaintiff contends the impairment became disabling, and how the impairment disables plaintiff from work;

b. A summary of all relevant medical evidence, including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

c. A summary of the relevant testimony at the administrative hearing;

d. A recitation of the SSA's findings and conclusions relevant to plaintiff's claims;

e. A short, separate statement of each of plaintiff's legal claims stated in terms of the insufficiency of the evidence to support a particular finding of fact or reliance upon an erroneous legal standard; and

f. Argument separately addressing each claimed error.

All references to the record and all assertions of fact must be accompanied by citations to SSA's Administrative Record filed in this matter. Argument in support of each claim of error must be

supported by citation to legal authority and explanation of the application of such authority to the facts of the particular case. Briefs that do not substantially comply with these requirements will be stricken.

**Plaintiff is further advised that failure to file and serve an opening brief within 30 days after service of the Commissioner's letter brief will result in dismissal of this action.**

Plaintiff also has an opportunity to file a reply brief. Plaintiff's reply brief should respond to the arguments made in the Commissioner's responsive brief. However, unlike an opening brief, there is no requirement to file a reply brief. A reply brief is due within 15 days after the service of the Commissioner's responsive brief. Plaintiff is required to file the original reply brief and a copy of it with the Court at the Court's address noted above. Plaintiff is also required to serve a copy of the reply brief on the U.S. Attorney for the Eastern District of California at the address noted above for the U.S. Attorney for the Eastern District of California.

IT IS SO ORDERED.

**Dated:   June 9, 2006**                        /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE