IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MEANS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant.　　　　　　／ | CASE NO. CV F 05-1156 LJO<br><br>**ORDER ON EXTENSION REQUEST**<br>(Doc. 19.) |

    Plaintiff Jerry Means ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act. On August 14, 2006, plaintiff Jerry Means filed a document which this Court construes as his request for a 60-day extension to file and serve his opening brief. Plaintiff requests the extension "so I can go over all my paper work with a Paralegal . . . [a]nd to present a better brief and an up to date medical report." Plaintiff fails to explain why he has delayed until the deadline to file his opening brief to seek assistance and an extension, especially given that this action has been pending for nearly 11 months and that this Court has repeatedly advised plaintiff of his obligations to file and serve a timely opening brief. Nonetheless, a 30-day extension may better serve review of the underlying administrative decision. This Court GRANTS plaintiff up to September 15, 2006 to file and serve an opening brief in compliance with this Court's prior orders.

    **Plaintiff is admonished that failure to file and serve an opening brief no later than**

1

1  **September 15, 2006 and to comply timely with this order will result in dismissal of this action.**

2  IT IS SO ORDERED.

3  **Dated:   August 14, 2006**                              /s/ Lawrence J. O'Neill
    66h44d                                                              UNITED STATES MAGISTRATE JUDGE